AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Kaitlyn Elaine CARPENTER | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

**FILED**

June 04, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **FM** _____
DEPUTY

**EP:26-M-02483-MAT**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 3, 2026___ in the county of ___El Paso___ in the
___Western___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 952 | Knowingly and intentionally, import into the United States, from the Republic of Mexico, approximately 124.8 grams (gross weight) of Methamphetamine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
___June 04, 2026___ at ___02:00 PM___ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Scott Wehrmeyer, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___06/04/2026___

*Judge's signature*

City and state: ___El Paso, Texas___          Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

<u>AFFIDAVIT</u>

On June 3, 2026, at approximately 2:34 AM, Kaitlyn Elaine CARPENTER applied for entry into the United States from Mexico through the pedestrian lanes of the Ysleta Port of Entry (POE) in El Paso, Texas, which is within the Western District of Texas.

A Customs and Border Protection Officer (CBPO) encountered Kaitlyn CARPENTER, who identified herself as a United States citizen and presented a picture of her birth certificate on her phone. The CBPO obtained a negative Customs declaration and asked CARPENTER why she went to Mexico. CARPENTER stated she was visiting a friend. CARPENTER stated that she had not been to Mexico in two years. The CBPO asked CARPENTER where she lived. CARPENTER said she lived in El Paso. During the question the CBPO noticed CARPENTER's hands were shaking uncontrollably, and she would look at the floor to answer the question. The CBPO referred CARPENTER to Passport Control Secondary (PCS) for further inspection. While escorting CARPENTER to PCS the CBPO noticed that CARPENTER was trying to clench her legs together while walking.

In PCS, a second CBPO obtained a second negative Customs declaration. Two female CBPO's escorted CARPENTER to the room used to perform pat downs. Once in the room, before starting the pat down a CBPO asked CARPENTER if she had anything on her or inside of her, CARPENTER nodded yes. The CBPO asked CARPENTER what she had and where she had it. CARPENTER said it was meth and it was in her vaginal cavity. CARPENTER voluntarily removed the bundle on her own.  The bundle field tested positive for the properties of Methamphetamine Hydrochloride. The bundle weighed approximately 124.8 grams

Homeland Security Investigations Task Force Officers and Special Agent responded to the Ysleta POE and read CARPENTER her Miranda Rights in the English language. CARPENTER agreed to speak to agents without the presence of an attorney. The interview was audio and video recorded.

CARPENTER stated she was knowingly crossing Methamphetamine. CARPENTER said she knew what she was doing was against the law. CARPENTER stated that she inserted the bundle into her vaginal cavity.  CARPENTER said she was smuggling Methamphetamine to pay a debt to someone. CARPENTER said this was her first time crossing narcotics into the United States. CARPENTER stated she was to meet a vehicle after crossing into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included every fact known to me concerning this incident.